IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 3:16-CR-18

vs.

AARON GUMENIK,                    Magistrate Judge Michael J. Newman

    Defendant.

**ORDER**

For the reasons set forth by the Court at the detention hearing held on February 24, 2016, Defendant shall be detained pre-trial.

During that hearing, Defendant advised that he is currently incarcerated at the Montgomery County Jail and is not receiving certain medications prescribed by his doctor.  The Court **ORDERS** that jail medical personnel promptly evaluate Defendant to determine the medications, if any, he should be prescribed while incarcerated.  The Marshal offered to transfer Defendant to the Butler County Jail, and the Court **DIRECTS** that such a transfer shall immediately occur.

Defendant shall remain on a suicide watch.  If such a facility is available and deemed appropriate by jail officials, he shall also be placed in a mental health cell and/or ward while incarcerated.

A copy of this Order shall be furnished to the U.S. Marshall immediately.

    **IT IS SO ORDERED**.

Date:     February 24, 2016                      *s/ Michael J. Newman*
                                                                Michael J. Newman
                                                                United States Magistrate Judge